**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 29, 2008**

*Burton Perlman*
Burton Perlman
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| James E Bailey | ) | Case No. 03-17835 |
| Mollie B Bailey | ) | |
| | ) | Chapter 7 |
| Debtor(s) | ) | |
| | ) | Judge Burton Perlman |
| | | Re: Doc. 39 |

**ORDER GRANTING APPLICATION FOR ORDER
DIRECTING PAYMENT OF FUNDS**

This matter is before the Court on the application of Andres Lumber & Supply c/o The Financial Resources Group, Inc., a claimant in the captioned case for an order directing payment of funds held in the registry of the Court. By the application, Claimant seeks to recover $6,044.14 from the Court pursuant to 28 U.S.C. § 2042. The application was served upon the proper parties as required and no objections have been filed. Accordingly, the application for payment of unclaimed funds is hereby **GRANTED.**

The Clerk of the United States Bankruptcy Court at Cincinnati is directed to issue a check from the unclaimed fund in the amount of $6,044.14 to the claimant Andres Lumber & Supply, c/o The Financial Resources Group, Inc., pursuant to the limited power of

1

attorney attached to the application.

**SO ORDERED.**

Copy to:

James E Bailey
Mollie B Bailey
3603 Sodom Rd
Hamersville, OH 45130

Howard S Levy
howard@voorheeslevy.com

Harold Jarnicki
jarnickihsd91@earthlink.net

United States Attorney
Attn: Civil Process Clerk
221 East 4th Street, Suite 400
Cincinnati, OH 45202

Office of the US Trustee
ustpregion09.ci.ecf@usdoj.gov

The Financial Resources Group, Inc.
Larry L. Moses, General Manager
Attorney-in-fact for: Andres Lumber & Supply
John Andres, President
6668 Spindlewick Lane
Cincinnati, OH 45230

Evelyn Rushing, Financial